USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/14/2019

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

DAVID DEMOS,

Plaintiff,

v.                                                                     19 Civ. 1308 (ALC)

CANTOR FITZGERALD, L.P., AND                      ORDER
CANTOR FITZGERALD & CO.,

Defendant.
-------------------------------------------------------X

    Upon the Court's February 19, 2019 Order to Show Cause as to why this action should not be dismissed for lack of subject matter jurisdiction (Doc. No. 3), and Plaintiff's response to same, it is hereby

    ORDERED that this action is dismissed for lack of subject matter jurisdiction, without prejudice to Plaintiff's rights to refile.

Dated: March 14, 2019

*/s/ Andrew L. Carter, Jr.*
The Honorable Andrew L. Carter, Jr.,
UNITED STATES DISTRICT COURT JUDGE FOR THE
SOUTHERN DISTRICT OF NEW YORK